In re Voluntary Assignment of Abner Hoge.   Appeal of James Hoge, John Hoge and R. H. Hoge.

Argued Oct. 17, 1898.   Appeal, No. 50, Oct. T., 1898, by James Hoge et al., from order of C. P. Greene Co., Jan. T., 1890, No. 7, sustaining exceptions to auditor's report. Before GREEN, WILLIAMS, McCOLLUM, MITCHELL, DEAN and FELL, JJ.   Affirmed.

OPINION BY MR. JUSTICE DEAN, November 17, 1898:

This appeal involves the same questions as those raised in No. 49, October term, 1898, opinion this day handed down, ante, p. 527. The same decree therefore is made as in that case, and appeal dismissed at costs of appellant.

---

In re Voluntary Assignment of Abner Hoge.   Appeal of James Kuntz, Jr., and R. C. McConnell, Executors of James W. Kuntz, deceased.

Argued Oct. 17, 1898.   Appeal, No. 51, Oct. Term, 1898, by James Kuntz, Jr., et al., from order of C. P. Greene Co., Jan. T., 1890, No. 7, sustaining exceptions to auditor's report. Before GREEN, WILLIAMS, McCOLLUM, MITCHELL, DEAN and FELL, JJ.   Affirmed.

OPINION BY MR. JUSTICE DEAN, November 14, 1898:

All the questions raised by this appeal have been disposed of in No. 49, October term, 1898, opinion handed down herewith, ante, p. 527. The same decree is made as in that case. The appeal is dismissed at costs of appellants.